AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: H19-0105M | Date and time warrant executed: 1/23/19 0900 | Copy of warrant and inventory left with: N/A |

Inventory made in the presence of: N/A

Inventory of the property taken and name of any person(s) seized:

Data extracted.

United States Courts
Southern District of Texas
FILED
JUN 18 2019
David J. Bradley, Clerk of Court

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/23/19

Executing officer's signature

Ricardo Morales, Special Agent
Printed name and title

AO 93 (Rev. 01/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

In the Matter of the Search of )
(Briefly describe the property to be searched )
or identify the person by name and address) )
) Case No. **H19-0105M**
Samsung Model SMN9005, IMEI 352828063561359, )
S/N R58F81AH4GW. See Attachment A. )
)

## SEARCH AND SEIZURE WARRANT

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
By Kathleen Murphy, Deputy

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Southern____ District of ____Texas____
(identify the person or describe the property to be searched and give its location):

Samsung Model SMN9005, IMEI 352828063561359, S/N R58F81AH4GW. See Attachment A.

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):
Evidence and instrumentalities of a crime.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before ____Feb 1 2019____ (not to exceed 14 days)

☑ in the daytime 6:00 a.m. to 10 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
__Nancy K. Johnson__
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box) ☐ for ____ days (not to exceed 30).
☐ until, the facts justifying, the later specific date of ____.

Date and time issued: __1/18/2019 0:00 am__

City and state: __Houston, Texas__

Judge's signature

Nancy K. Johnson, United States Magistrate Judge
Printed name and title